IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Curtis J Landsberger
Plaintiff

vs.      *      Civil Action No. _____

Martek Bioscience Corp
Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 16 A 10: 29

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

CCB 09 CV 3389

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

_____
Signature

Curtis J Landsberger
Name (Print or Type)

166 Hope Road
Address

Blairstown NJ 07825
City/State/Zip

908 459-9220
Phone No.      Fax No.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Curtis J Landsberger
**Plaintiff**

vs.   * Civil Action No. _____

Mastek Bioscience Coop
**Defendant**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 16  A 10: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

\*\*\*\*\*\*

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Curtis J Landsberger, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $350.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):

In further support of this motion, I answer the following questions:

1. Are you presently employed?
   ☒ Yes   ☐ No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

   Employer: NJ National Guard          Monthly Gross: $ 35,000
   (Deployed Jan 09 to Dec 09 to Iraq.)  Monthly Net:   $_____
   Returning to civilian position Jan 2010 to receive first paycheck Jan 31, 2010. Deployment created severe financial hardship.

b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: _____

Employer: _____  Monthly Gross: $_____

_____  Monthly Net:   $_____

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

❏ Yes  ☒ No

<u>Received</u>:           <u>Source</u>:

$_____           _____

$_____           _____

$_____           _____

$_____           _____

Do you expect this income to continue:   ❏ Yes  ☒ No

3. Do you have any cash on hand, or money in savings or checking accounts? ❏ Yes  ☒ No

If yes, state total amount: $_____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ❏ No

If yes, give value and description:

<u>Value</u>:        <u>Description</u>:

$ 60,000       1.3 acre building Lot

$ 40,000       401 K

$_____   _____

$_____   _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| National City Mortgage | $260,600 | $2,230 |
| National City Home Equity | $140,600 | $400 |
| Sallie Mae Student Loan | $40,600 | $220 |
| | $ | $ |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

7. Marital Status: ☐ Single  ☒ Married  ☐ Widowed  ☐ Separate/Divorced

List Persons you actually support and your relationship to them:

| Name: | Relationship: |
|---|---|
| Paula Satinoff | Wife |
| Aleksandr Landsberger | Son |
| Rachel Landsberger | Daughter |
| | |

8. If married, is your spouse employed? ☐ Yes ☒ No

   If yes, how much does your spouse earn per month: Gross: $_____ Net: $_____

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income?  Gross: $_____ Net: $_____

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

15 Dec 09
Date

Signature: [signed] Gustav Landsberger

STATE OF NEW JERSEY
DEPARTMENT OF MILITARY AND VETERANS AFFAIRS
EGGERT CROSSING ROAD, PO BOX 340
TRENTON, NEW JERSEY 08625-0340

ORDERS 036-329                                                              05 February 2009

LANDSBERGER CURTIS J   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 SGT   DET 1 CO B 628TH ASB
(PJNB1-2SB) SCOTCH RD                    WEST TRENTON  NJ         08628

You are ordered to active duty as a member of your Reserve Component Unit for the period indicated unless sooner released or unless extended. Proceed from your current location in sufficient time to report by the date specified. You enter active duty upon reporting to unit home station.

REPORT TO HOME STATION: 16 March 2009   , WEST TRENTON, NEW JERSEY
REPORT TO MOB  STATION: 19 March 2009   , FORT SILL, OKLAHOMA
Period of active duty: Not to exceed  359 days
Purpose: OPERATION IRAQI FREEDOM
Mobilization Category Code: G
Additional instructions:
  (a) YOU ARE ORDERED TO ACTIVE DUTY WITH THE CONSENT OF THE GOVERNOR OF NEW JERSEY.
  (b) YOU ARE ORDERED TO ACTIVE DUTY FOR A PERIOD OF NO LESS THAN 30 DAYS. FOR MOBLIZATION PROCESSING THAT INCLUDES MEDICAL & DENTAL SCREENING AND/OR CARE IF YOU ARE NOT DETERMINED TO BE MEDICALLY QUALIFIED FOR DEPLOYMENT (WHETHER BECAUSE OF A TEMPORARY OR PERMANENT MEDICAL CONDITION), THEN YOU WILL BE RELEASED FROM ACTIVE DUTY, TRANSFERRED TO YOUR PRIOR STATUS, AND RETURNED TO YOUR HOR.
  (c) YOU WILL BE SUBJECT TO A SUBSEQUENT ORDER TO ACTIVE DUTY UPON RESOLUTION OF THE DISQUALIFYING MEDICAL CONDITION.IF YOU ARE FOUND TO BE MEDICALLY QUALI FIED FOR DEPLOYMENT,THEN YOU ARE FURTHER ORDERED TO ACTIVE DUTY, A PERIOD NOT TO EXCEED THE PERIOD OF ACTIVE DUTY SPECIFIED UNLESS SOONER RELEASED BY PROPER AUTHORITY. THIS PERIOD OF ACTIVE DUTY SHALL EXCLUDE THE MEDICAL/ DENTAL SCREENING PERIOD BUT SHALL BE CALCULATED TO REFLECT THAT PERIOD.
  (d) CALL 1-800-336-4590 (NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF THE GUARD AND RESERVE) OR CHECK ON-LINE AT www.ESGR.org IF YOU HAVE QUESTIONS REGARDING YOUR EMPLOYMENT OR RE-EMPLOYMENT RIGHTS.
  (e) Sure-Pay is mandatory. Soldier must bring the appropriate documentation to support the requirement to authorize Sure-Pay.
  (f) Early reporting is not authorized.
  (g) Unaccompanied baggage shipment is not authorized. Movement of household goods and dependents is not authorized. Movement by POV or rental car is not authorized.
  (h) Excess accompanied baggage is not to exceed 120 pounds. Bring with you complete military clothing bag and appropriate personal items. Personnel requiring eye correction will bring two pairs of eyeglasses and eye inserts for a protective mask.
  (i) CONTACT YOUR NEAREST INSTALLATION TO RECEIVE FUND CITE  FOR TEMP HHG/POV STORAGE. IF YOUR NEAREST INSTALLATION DOESN'T HAVE FUNDS PLEASE CONTACT DEPLOYMENT/TCS TRAVEL FOR ASSISTANCE. YOU MUST HAVE THE PHONE NUMBER FOR THE INSTALLATION POC YOU TALKED TO REFERENCE: TEMP HHG/POV

ORDERS   036-329   HQ NJ NG, OTAG,   05 February 2009

Additional instructions (cont):
  (j) Bring copies of rental or mortgage agreement, marriage certificate, birth certificate, birth certificates of natural children, or documentation of dependency or child support. Bring copies of family care plan, wills, powers of attorney, and any other documentation affecting the soldier's pay or status.
  (k) PERSONNEL RECORDS: Mobilized units will bring Military Personnel Records Jackets (MPRJ), Medical, Dental, and Finance Records to the mobilization station. The servicing MPD/PSB will maintain a copy of records and will return the original to the State Area Commands (STARCS).
  (l) THE SOLDIER WILL BE EXCLUDED FROM THE ACTIVE ARMY-END STRENGTH PER 10 USC 115 AND WILL NOT BE PLACED ON THE ACTIVE-DUTY LIST (10 USC 620 AND 10 USC 641.
  (m) Soldier has received level 1 category 1 FP tng
  (n) COMMANDER, FIRST U.S. ARMY AND SUBORDINATE COMMANDERS SHALL EXERCISE UCMJ AUTHORITY AND RESPONSIBILITY FOR THE GENERAL ADMINISTRATION OF MILITARY JUSTICE OVER THE MOBILIZED UNITS FROM THE TIME THE UNITS ARE FEDERALIZED UNTIL THE UNITS ARE DEMOBILIZED.
  (o) GOVERNMENT QUARTERS AND DINING FACILITIES WILL BE USED AT THE REPLACMENT ACTIVITY AND DURING DEPLOYMENT. ESSENTIAL UNIT MESS (EUM) HAS BEEN DECLARED BY ASST SECRETARY OF THE ARMY (MANPOWER & RESERVE AFFAIRS) ASA (M&RA) FOR THE MOBILIZATION AND DEMOBILIZATION SITES NOT TO EXCEED (10) DAYS.
  (p) PER DIEM PAYABLE IS $3.00 PER DAY FOR CONUS AND $3.50 PER DAY DAY FOR OCONUS FOR THIS PERIOD OF DUTY. TCS ORDERS ARE NOT AUTHORIZED FOR TDY, PAY ADVANCES, RENTAL VEHICLES, POV TRAVEL AND ANY OTHER ASSOCIATED COSTS, OFFICIAL PHONE CALLS AND ANY OTHER EXPENSES NOT OUTLINED.
  (q) CONTROL #: 8329-006-NGNJ-39
  (r) CIC: 2920B1AZUK12161 / 2020B1AZUK12161
  (s) Meals and lodging will be provided at no cost to the Soldier. Claims for reimbursement require a statement of non-availability control number.
  (t) For unresolved pay issues, contact the ARNG Pay Ombudsman at toll-free 1-877-ARNGPAY or by email at ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL

FOR ARMY USE
Auth: TITLE 10, USC, SECTION 12302
Acct clas:
 Enl pay/alw: 2192010.0000 01-1100 P2X2A00 1198/1250 VIRQ F9203 5570 S12120
 Enl tvl/pd:  2192020.0000 B1B1TC13519721T1/21T2   LAN7428TB9VB05 VIRQF4210AZUK2E12161
 Enl pay/alw: 2102010.0000 01-1100 P2X2A00 1198/1250 VIRQ F9203 5570 S12120
 Enl tvl/pd:  2102020.0000B1B1TC13519721T1/21T2   LAN7428TB9VB05 VIRQF4210AZUK2E12161
Sex: M
MDC: PM
PMOS/AOS/ASI/LIC: 15M2, YY  , YY
HOR: 166 HOPE ROAD         , BLAIRSTOWN       NJ07825
DOR: 27-JUN-07
PEBD: 02-JUL-91
Security Clearance: S
Comp: ARNGUS
Format: 165

ORDERS   036-329   HQ NJ NG, OTAG,   05 February 2009

BY ORDER OF THE GOVERNOR:

```
                                \\\\\\\\\\\\//////////
                                \\     HQ,  NJARNG    //
                                \\        OFFICIAL    //
                                \\\\\\\\\\\\//////////
```

DISTRIBUTION:                    GLENN K. RIETH
INDIV(10); POTO(2);USPFO-CF(1)   MAJOR GENERAL, NJARNG
LT(1); UNIT(1); MAJCMDS(1);      THE ADJUTANT GENERAL
DPCS(1); DPCS-SIB(1)



**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT SILL
2806 NW MOW-WAY ROAD, SUITE 160
FORT SILL, OKLAHOMA  73503-9019

ORDERS 101-849                                                                                                   11 APRIL 2009

LANDSBERGER, CURTIS J. 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 SGT DET 1 B CO 628TH ASB (PJNB1) FORT SILL, OK 73503 ARNG

You are deployed as a Temporary Change of Station (TCS) as shown below and are to return to your permanent station upon completion of the duties in support of this operation. You will submit a reviewed travel voucher for this travel to the finance office within 5 working days after return to home station.

**Assigned to:** DET 1 B CO 628TH ASB (PJNB1) IRAQ
**Purpose:** IN SUPPORT OF OPERATION IRAQI FREEDOM
**Temporary Duty:** NOT APPLICABLE
**Report Date TDY Station:** NOT APPLICABLE
**Will Proceed Date:** O/A 13 APRIL 2009
**Number of days:** NTE 365
**Security clearance:** N/A
**Accounting classification:**
21 9 2020.0000 B1 B1TC 135197 21T1/21T2 LAN7428T101849 VIRQ F4210 AZM32E 12161
21 0 2020.0000 B1 B1TC 135197 21T1/21T2 LAN7428T101849 VIRQ F4210 AZM32E 12161
FY 09/10 Availability is contingent on Congress enacting appropriations or authorizing operations under a continuing resolution
**Customer Identification Code (CIC):** 2920B1AZM712161, 2020B1AZM72E 12161
**Control Number:** 9102-SIL-12APR09
**Movement designator code:** PME9, PME0
**Additional instructions:**
a. WIAS Control Number-Not Applicable.
b. Dependents location - city state, zip code (if applicable)
c. This is Temporary Change of Station (TCS), soldiers will be attached to TCS duty stations. Normal PCS entitlements, allowances and relocation of family members are not G-1 web site http://www.armyg1.army.mil/militarypersonnel/policy authorized. Consolidated Personnel Policy Guidance (PPG) for Operations Iraqi Freedom, Iraq Freedom and Noble Eagle on the DCS,asp
d. Soldiers must secure a reservation for the CONUS replacement center 641st MTC, Fort Benning, GA in order to attend the mandatory training enroute to the CENTCOM AOR. MACOMs will call the Army Travelers Assistance Center (ATAC) at 1-800-582-5552 or send an e-mail to atac@hoffman.army.mil.
e. Temporary storage of HHG is authorized as provided by paragraph U4770-A, Joint Federal Travel Regulation, this may impact on the authorization for BAH. Contact the local transportation office for assistance.
f. Travel by POV is authorized if duty is in CONUS as not advantageous to the government; cost of transportation is limited to Official Directed Mode; reimbursement is limited to the government cost of transportation. POV Storage is authorized contact the local Installation Transportation (ITO) officer for assistance.
g. Temporary Duty (TDY) Household Goods (HHG) Weight allowance is authorized for CONUS and OCONUS based personnel that are on active duty for a period greater than 200-days, excluding those areas designated as Hostile Fire/Imminent Danger Pay areas.
h. For flights into and out of theater, Soldiers are authorized the shipment of 4 checked bags - one personal bag and three issued bags of OCIE (not to exceed 70 lbs/bag) and 1 standard carry-on bag on AMC/contracted flights. When AMC or contracted transportation is not available, reimbursement for excess baggage up to 4 checked bags weighing more than 50lbs to a max of 70lbs per bag is authorized.
i. You will bring only those items specified in chapter 6 of the PPG or other appropriate authority. You will be provided a list of those items from your servicing personnel service center/company.
j. Soldier readiness processing will be accomplished prior to departure from losing installation/home station per chapter 4, AR 600-8-101. Losing installation commander will determine the extent of out-processing. Soldier will hand carry out-processing packet; field Military Personnel Records Jacket (MPRJ) along with associated transfer documents, records, and deployment packet to the gaining PSC or replacement activity.
k. Government quarters and dining facilities will be used at the replacement activity and during deployment. Essential Unit Mess (EUM) has been declared by Assistance Secretary of the Army (Manpower and Reserve Affairs) ASA(M&RA) for the mobilization and demobilization sites not to exceed (10) days. MOSQ location will provide quarters and mess. The Installation Commander will make separate determinations as the availability of mess and quarters and as a last resort will issue statement/certificate of non-availability. Per diem payable is $3.00 per day for CONUS and $3.50 per day for OCONUS. Per Diem will normally be paid for the travel to gaining station, or replacement activity unless prohibited by travel circumstances.

l. During period of deployment, gaining/deployed unit commander has responsibility for personnel service support to include awards and decorations, UCMJ, and all other forms of personnel and legal administration support except Reserve Component promotion authority.

m. Basic Allowance for Housing (BAH) for Regular active duty soldiers is based upon their permanent duty station. RC soldiers and retired soldiers called or ordered to active duty BAH is based on their principal place of residence when called or ordered to the tour of active duty.

n. Soldier may submit interim travel voucher if otherwise entitled to per diem and/or travel for the monthly payment of accrual travel payment. Care should be taken to keep all required documents to support payments/request for payments. All documents will be required upon final settlement voucher.

o. Use of leave during this deployment is recommended for all soldiers. A copy of the leave record will be submitted upon completion of this operation with the final settlement voucher. If unable to take leave taken during this period a payment of unused leave is authorized with no impact to career leave sell back of 60 days.

p. Additional movement requirements will be completed using amendment orders, format 700, movement to return to CONUS will also be completed using a format 700.

q. Soldiers will logon to the AKO web site at https://www.us.army.mil/portal/portal_home.jhtml and establish an AKO email account.

r. Make official travel arrangements through the installation ITO. Travel is authorized to be charged to a central billing account CBA.

s. Variation is authorized IAW the PPG.

t. No later than 48 hours of receiving these orders, the soldier must check with the supporting installation housing office before securing temporary lodging at the duty location. If lodging is not available or the soldier is not assigned to an installation, the soldier must, no later than 48 hours after receiving these orders, use army lodging success to obtain housing or a statement of non-availability (SNA). For toll free reservation services 24/7 contact: 1-866-363-5771; http://www.lodgingsuccess.com/ or central reservations at 1-800-462-7691 email: centralreservations@redstone.army.mil. When issued a SNA to reside on the economy when contract lodging is not available, the soldier is authorized 55% of the local per diem rate." When order writing systems limit the length of additional instructions, order authorizing officials will at a minimum use the following phrase, soldier is authorized up to 55% of the local per diem rate. Lodging success will attempt to obtain lodging for the soldier at the duty location no later than 3 working days after the soldier has contacted lodging success. If lodging success is unable to obtain lodging during these 3 working days, they will issue a SNA for a temporary period (normally, no longer than 8 days) at 100% per diem until suitable lodging can be obtained. If suitable lodging cannot be obtained, the soldier will be issued a SNA to substantiate 55% of the local per diem rate for the remainder of their order.

Format: 401
FOR THE COMMANDER:

```
///////////////////
//    FT SILL    //
//    OFFICIAL   //
///////////////////
```
PEGGY A. BAILEY
CHIEF, MILITARY PERSONNEL DIVISION

DISTRIBUTION:
SGT LANDSBERGER (10)
Field MPRJ (1) ASA (FM&C) (1)
CDR, DET 1 B CO 628TH ASB (PJNB1) FORT SILL, OK (1)
CDR, DET 1 B CO 628TH ASB (PJNB1) IRAQ (1)
HQs, IMA TCS Management Team: IMATCSOrders@hqda.army.mil (1)
DOL-LOC (1)

2

12/14/2009 at 01:46 PMJob Number:
14808

*[handwritten margin notes: JRC; Virginia Grey 973-455-7200 (8329); 80% F 609-493-1658; 2 Municipal Dr Flemington; Rt 12 west to next circle → 3rd circle 523 East; 7pm; NADA]*

COMMUNITY COLLISION SERVICE, INC.
License #:N.J. #02273A
WHEN QUALITY COUNTS
636 WASHINGTON ST
HACKETTSTOWN, NJ 07840
(908)850-8327 Fax: (908)850-5339

PRELIMINARY ESTIMATE

Written By:
Adjuster:

Insured: Curtis LandsbergerClaim #
 Owner: Curtis LandsbergerPolicy #
Address: 166 Hope RdDeductible:
         Blairstown, NJ 07825Date of Loss:
Evening: (908)459-9220Type of Loss:
Cellular: (908)447-3732Point of Impact:

Inspect
Location:

Insurance  NEW JERSEY MANUFACTURERSBusiness: (609)883-1300
 Company:  301 SULLIVAN WAYDays to Repair
           WEST TRENTON, NJ 08628-3496

1997 FORD F250 4X4 HD 8-5.8L-FI 2D P/U Blue Int:
VIN: 1FTHF26H1VEC21479   Lic: UnknownProd Date:Odometer:
Intermittent WipersDual MirrorsClear Coat Paint
Power SteeringPower BrakesAM Radio
Anti-Lock Brakes (2)5 Speed TransmissionOverdrive

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1 |  | REAR BUMPER |  |  |  |  |
| 2 |  | O/H rear bumper w/cushions |  |  | 1.3 |  |
| 3** | Repl | A/M Step bumper w/o Lightning chrome | 1 | 453.00 | Incl. |  |
| 4 | Repl | LT Step bumper mount bracket inner w/o dual wheels | 1 | 66.02 |  |  |
| 5 | Repl | LT Step bumper mount bracket outer w/o dual wheels | 1 | 14.13 |  |  |
| 6 | Repl | Pad upper | 1 | 77.82 | Incl. |  |
| 7 | Repl | Pad lower | 1 | 54.57 | Incl. |  |
| 8 |  | PICK UP BOX |  |  |  |  |
| 9* | Repl | LKQ tailgate assy +30% | 1 | 455.00 | 0.7 | 3.5 |
| 10 |  | Add for Clear Coat |  |  |  | 1.4 |
| 11* | Rpr | LT Outer panel w/dual fuel door 8 foot bed |  |  | 6.0 | 3.5 |
| 12 |  | Overlap Major Adj. Panel |  |  |  | -0.4 |
| 13 |  | Add for Clear Coat |  |  |  | 0.6 |
| 14* | R&I | LT Quarter panel front adhesive molding 8 foot bed |  |  | 0.2 |  |

1

/9 at 01:46 PM                                                  Job Number:

## PRELIMINARY ESTIMATE
### 1997 FORD F250 4X4 HD 8-5.8L-FI 2D P/U Blue Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 15 | R&I | LT Side rail 8 foot bed | | | 0.6 | |
| 16 | Repl | LT Transfer "4x4" bed side | 1 | 23.17 | 0.3 | |
| 17 | R&I | Finish molding tail gate | | | 0.4 | |
| 18 | R&I | LT Wheel opening | | | 0.2 | |
| 19* | R&I | Emblem "FORD" oval | | | 0.1 | |
| 20* | R&I | Nameplate "F250 HEAVY DUTY" | | | 0.1 | |
| 21 | R&I | R&I box assy | | | Incl. | |
| 22 | | CAB | | | | |
| 23* | Rpr | LT Lock pillar | | s | 3.5 | 1.0 |
| 24 | | BACK GLASS | | | | |
| 25 | Repl | Glass assy manual one way | 1 | 286.80 | 0.8 | |
| 26 | | FRAME | | | | |
| 27 | O Repl | Frame assy | 1 | 1724.07 | 25.0 | |
| 28 | | REAR SUSPENSION | | | | |
| 29# | | HWR | 1 | 4.00 X | | |
| 30 | Repl | LT Spring assy shackle rear kit | 1 | 112.18 m | | 0.5 M |
| 31# | | CLEAN FOR DELIVERY | 1 | 15.00 T | | |
| 32# | | MASK FOR OVERSPRAY | 1 | 5.00 T | | 0.2 |
| 33# | Repl | TAPE STRIPES | 1 | 15.00 T | | |
| 34# | | HWR | 1 | 4.00 X | | |

                                    Subtotals ==>    3309.76      39.9      9.6

*[Handwritten note:]* Truck totaled from rear impact while parked. No vehicle now available - need to purchase a vehicle. Accident occurred 2nd day home from Iraq.

| | | | |
|---|---|---|---|
| Parts | | | 3266.76 |
| Body Labor | 39.4 hrs @ | $ 46.00/hr | 1812.40 |
| Paint Labor | 9.6 hrs @ | $ 46.00/hr | 441.60 |
| Mechanical Labor | 0.5 hrs @ | $ 50.00/hr | 25.00 |
| Paint Supplies | 9.6 hrs @ | $ 26.00/hr | 249.60 |
| Body Supplies | 36.8 hrs @ | $  2.00/hr | 73.60 |
| Sublet/Misc. | | | 43.00 |
| SUBTOTAL | | | $ 5911.96 |
| Sales Tax | $ 5903.96 @ | 7.0000% | 413.28 |
| GRAND TOTAL | | | $ 6325.24 |
| INSURANCE PAY | | | $ 6325.24 |

ANY PERSON WHO KNOWINGLY FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR MISLEADING INFORMATION IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER.  PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE, KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO REPLACEMENT PARTS AVAILABLE FROM THE ORIGINAL MANUFACTURER.

                                    2