# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CURTIS J. LANDSBERGER | * |
| Plaintiff | * |
| v | *   Civil Action Case No. CCB-09-3389 |
| MARTEK BIOSCIENCES CORP., et al. | * |
| Defendants | * |
| | *** |

## O R D E R

Curtis J. Landsberger has filed a complaint and a motion to proceed in forma pauperis. After reviewing Landsberger's financial affidavit, the court will grant him leave to proceed in forma pauperis.  Plaintiff bears the responsibility for effecting service of process on the defendants.  Pursuant to FED. R. CIV. P. 4, plaintiff may effectuate service by presenting the summons to the Clerk for signature and seal and then serving a copy of the summons and complaint on defendants.[1]  Service of the summons and the complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under FED. R. CIV. P. 4(l), the person effecting service of the summons and complaint must promptly notify the court, through an affidavit, that he or she has served the defendants.[2]  If plaintiff does not use a private process service, and instead uses

---

[1]  If plaintiff has filed a summons and service copies of the complaint, the Clerk shall take all necessary steps to prepare and issue the summons and to return the summons and service copies of the complaint to plaintiff.  Service of process on corporations may be made pursuant to Fed. R. Civ. P. 4(h).  Plaintiff may contact the State Department of Assessments and Taxation at: (410) 767-1330 or http://www.dat.state.m.us/charter.html#other to obtain the name and service address for resident agents of corporate defendants.

[2]  If there is no record in the court file that service was effected on defendants, plaintiff risks dismissal of his cause of action.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading

registered or certified mail to make service, he must file with the court the United States Post Office acknowledgment as proof of service. Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit shall result in dismissal of this complaint without further notice from the court.

Accordingly, it is this 13th day of January 2010, by the United States District Court for the District of Maryland, hereby ORDERED:

1.    The Motion to Proceed in Forma Pauperis (Paper No. 2) IS GRANTED;

The Clerk of the Court SHALL TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons and service copies of the complaint to the plaintiff; and

2.    The Clerk of the Court SHALL SEND a copy of this order to plaintiff.

                                                     /s/
                                                Catherine C. Blake
                                                United States District Judge

---

seeking the affirmative relief, the court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the court, the claim shall be dismissed without prejudice.