**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CURTIS J. LANDSBERGER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CCB-09-CV-3389 |
| **MARTEK BIOSCIENCES CORP., et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT MARTEK BIOSCIENCES CORP.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR THE ENTRY OF SUMMARY JUDGMENT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons articulated in the accompanying Memorandum in Support of Defendant Martek Biosciences Corp.'s Motion to Dismiss or, in the Alternative, for the Entry of Summary Judgment, and the declaration of Scott R. Haiber in support thereof, Defendant Martek Biosciences Corp. respectfully submits this motion to dismiss the Complaint of Plaintiff Curtis J. Landsberger or, in the alternative, for the entry of summary judgment in favor of the Defendants.

Dated: March 3, 2010

                        Respectfully submitted,

                        _____/s/_____
                        Mark D. Gately (Bar #00134)
                        Scott R. Haiber (Bar #25947)
                        Andrea W. Trento (Bar #28816)
                        HOGAN & HARTSON LLP
                        Harbor East
                        100 International Drive
                        Baltimore, MD  21202
                        Phone:     (410) 659-2700
                        Facsimile:   (410) 659-2701

                        *Attorneys for Defendant Martek Biosciences Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **CURTIS J. LANDSBERGER,**           ) </br> ) </br> Plaintiff,           ) </br> ) </br> v.           ) </br> ) </br> **MARTEK BIOSCIENCES CORP., et al.,** ) </br> ) </br> Defendants.           ) </br> ) | CIVIL ACTION NO. </br></br> CCB-09-CV-3389 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, a copy of (1) Defendant Martek Biosciences Corp.'s Motion to Dismiss or, in the Alternative, for the Entry of Summary Judgment, (2) the Memorandum of Law in Support of Defendant Martek Biosciences Corp.'s Motion to Dismiss or, in the Alternative, for the Entry of Summary Judgment, and (3) the Declaration of Scott R. Haiber in Support of Defendant Martek Biosciences Corp.'s Motion to Dismiss or, in the Alternative, for the Entry of Summary Judgment (and all attached exhibits), were sent via First Class Mail, postage prepaid, to Curtis J. Landsberger, 166 Hope Road, Blairstown, NJ 07825.

Dated: March 3, 2010

                                                             /s/
                                         Scott R. Haiber
                                         HOGAN & HARTSON LLP
                                         Harbor East
                                         100 International Drive
                                         Baltimore, MD  21202
                                         Phone:       (410) 659-2700
                                         Facsimile:  (410) 659-2701
                                         Email:         srhaiber@hhlaw.com