IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **CURTIS J. LANDSBERGER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CCB-09-CV-3389 |
| **MARTEK BIOSCIENCES CORP., et al.,** ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF SCOTT R. HAIBER IN SUPPORT OF
DEFENDANT MARTEK BIOSCIENCS CORP.'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR THE ENTRY OF SUMMARY JUDGMENT**

This Declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Scott R. Haiber, declare under the penalty of perjury that the following statements are true and correct. The facts stated in this declaration are known to me of my own personal knowledge or, if stated on information or belief, I believe them to be true.

1.  I am Counsel with the law firm of Hogan & Hartson L.L.P., counsel for Defendant Martek Biosciences Corp. ("Martek") in the above-captioned action.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Consolidated Amended Class Action Complaint in *Black v. Martek Biosciences Corp.*, Civ. Docket No. MJG-05-1224 (D. Md.).

3.  Attached hereto as Exhibit 2 is the Declaration of David M. Feitel in Support of Defendants' Motion to Dismiss or, in the Alternative, for the Entry of Summary Judgment (the "Feitel Declaration"), and Exhibits A through H thereto, filed in the matter captioned *Csabai v. Martek Biosciences Corp., et al.*, Civ. Action No. CCB-09-2280 (D. Md.) (filed Oct. 8, 2009)

(Dkt Nos. 20-8 through 20-16) (the "*Csabai* Action").  Exhibits A through H to the Feitel Declaration are attached hereto as Exhibits 2-A through 2-H.

Executed on: March 3, 2010.

                                      /s/
                                Scott R. Haiber